IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01959-PAB-MEH

BRANDON WILLIAMS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, a government entity,
GARY KINISTON,
KEN LONG,
WILLIAM HILL, and
JOHN DOES 1 through 5,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 7, 2009.**

    Defendant Colorado Department of Transportation's Motion to Stay Proceedings and Vacate Scheduling Conference [filed October 6, 2009; docket #12] is **granted**. This matter is stayed pending resolution of Defendant Colorado Department of Transportation's Motion to Dismiss. The parties shall file a status report within five days of a decision on the Motion to Dismiss, indicating what scheduling is needed.

    The Scheduling Conference set for October 27, 2009, at 9:15 a.m. is hereby **vacated**.